# CREDIT COLLECTION SERVICES

**CCS USA** — ESTABLISHED 1969

Two Wells Avenue, Newton, MA 02459
M-F: 8AM - Midnight, Sat: 8AM - 7PM, Sun: 2PM - 10PM, ET
Self Service: www.WarningNotice.com

**DIRECT LINE: 1 (617) 581-1076**

BBB ACCREDITED BUSINESS

Date: 01/14/15
File Number: ▓▓▓▓▓▓5713
            ▓▓▓▓▓5199
CANCEL DATE: 09/05/2014

MONIKA N WILEY
2656 LOCUST AVE
OCEANSIDE NY  11572-1301

| REGARDING: | PAST DUE: |
|---|---|
| GEICO INDEMNITY COMPANY | $863.86 |

00210914

## WARNINGNOTICE.COM - WARNINGNOTICE.COM

This notice and all further steps undertaken by this agency will be in compliance with applicable State and Federal Law(s). In accordance with Federal Law, the following warning notice is required: This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication was sent from a debt collector.

The above referenced amount is due for coverage provided under your insurance contract. Please remit payment by mail or visit our secure website @ **www.WarningNotice.com**. Self service menu options include:

- Paying online by check or credit card
- Establishing payment arrangements with this office
- Printing scheduled payment vouchers
- Entering proof of prior payment
- Accessing help desk information, etc.

Please call if you have any questions, concerns, or would simply like personal assistance. Our call center is committed to providing a professional customer service experience. Thank you.

### FEDERAL LAW

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication has been sent by a debt collector.

### NEW YORK

This collection agency is licensed by the state of New York

**CREDIT REPORTING:** You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a consumer reporting agency if you fail to fulfill the terms of your credit obligations. Adverse credit information is scheduled to be reported on or after 2/23/15.

**PRIVATE NOTICE ► EMAIL MESSAGING:** If activated, this office will consider your private email address your preferred method to be contacted. This will help minimize the need to send physical mail and/or place telephone calls to your residence. You can activate this option @ www.PrivateNotice.com.

**SENDING CORRESPONDENCE:** Very important; attach a copy of this notice as your cover sheet when faxing or mailing. Fax to: (617) 658-5710. Mail to: CCS P.O. Box 9134, Needham, MA 02494-9134. Remittance Stub: CCS may process payment as a one time electronic funds withdrawal using the account information from your check.

### PLEASE CALL THIS OFFICE FOR PERSONAL ASSISTANCE

File Number: ▓▓▓▓▓5713
Pin Number: 11572
**MONIKA N WILEY**

- Do not mail post-dated check (call for assistance)
- Write your file number (above) on check payable to:

GEICO INDEMNITY COMPANY
PAYMENT PROCESSING CENTER
P.O. BOX 55126
BOSTON, MA 02205-5126

**CHECK-BY-PHONE AND CREDIT CARD ACCOMMODATION**

Please remit payment by mail. To expedite payment by check or credit card, you may call (800) 326-6400 for personal assistance. Our Service Representatives are available during extended business hours. Furthermore, you have the option to process payment via our full service payment website.

SELF SERVICE OPTIONS AVAILABLE ONLINE

**PAY THIS AMOUNT**
**$863.86**



00-CCS2LA1E-1